IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| ANGEL GOMEZ | § § | |
| V. | § § | NO. 1:06-CV-679 |
| MICHAEL ASTRUE,<br>Commissioner of Social Security<br>Administration | § § § | |

## MEMORANDUM OPINION REGARDING VENUE

Plaintiff, represented by counsel, filed this complaint for review of the Commissioner's decision denying his application for Social Security Disability and Supplemental Security Income benefits.

### Discussion

Plaintiff is a resident of Houston, Harris County, Texas. Harris County is located in the Houston Division of the Southern District of Texas. As a result, this case should be transferred to the Houston Division of the Southern District of Texas, for the convenience of parties and in the interest of justice. 28 U.S.C. § 1404. A Transfer Order shall be entered in accordance with this Memorandum Opinion.

**SIGNED this the 25th day of August, 2008.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE